UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DAVELLE WILLIAMS ,

                                           Plaintiff,      **STIPULATION OF**

             -against-                                 **DISCONTINUANCE**
                                                                                **WITH PREJUDICE**

THE CITY OF NEW YORK,

                                                                                  Action No. 20-CV-08622 (JPO)

                                             Defendants
------------------------------------------------------------------x

        **WHEREAS**, Plaintiff Davelle Williams ("Plaintiff") commenced this Action by filing a Complaint in the Southern District of New York, about October 15, 2020, filed an Amended Complaint on December 29, 2020, and filed a Second Amended Complaint on May 2, 2022; and,

        **WHEREAS**, no party to this proceeding is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of this proceeding;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties, as represented below, as follows:

This action is hereby discontinued, with prejudice, and without costs or fees to any party, and an order to that effect may be entered without further notice.

Dated: New York, New York
February 13, 2023

| | |
|---|---|
| **Matthew Madzelan, Esq.**<br>Bell Law Group, PLLC<br>Attorney for Plaintiff<br>116 Jackson Avenue<br>Syosset, New York 11791<br>(516) 280-3008<br>Matthew.M@Belllg.com | **HON. SYLVIA O. HINDS-RADIX**<br>**Corporation Counsel of the City of New York**<br>Attorney for Defendant<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2464<br>rkatsaro@law.nyc.gov |
| By: _/s/ Matthew Madzelan_<br>Matthew Madzelan, Esq. | By: _/s/ Rodianna Katsaros_<br>Rodianna Katsaros<br>Assistant Corporation Counsel |